UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-rj-00025

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

GARY W. FLANDERS,

        Defendant,

   and

JEFFREY L. HILL, ESQ.,

        Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the registered judgment entered against Defendant, Gary W. Flanders, SSN XXX-XX-1837, whose last known address is: Federal Register No. 32269-013; P.O. Box 7500, Florence, CO 81226, in the above cited action in the amount of $200,600.00, and interest, until paid. A balance of $207,282.86 remains outstanding.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>Jeffrey L. Hill, Esq.
>11911 S. Parker Road, Suite 207
>Parker, CO 80134

Dated this 18th day of September, 2006.

>Respectfully submitted,
>
>TROY A. EID
>United States Attorney
>
>By:   s/ Lisa A. Christian
>        LISA A. CHRISTIAN
>        Assistant U.S. Attorney
>        1225 Seventeenth Street, Suite 700
>        Denver, CO 80202
>        303-454-0100
>        Fax: (303) 454-0404
>        Lisa.Christian@usdoj.gov
>        Attorneys for Plaintiff
>        United States of America