UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-rj-00025

**UNITED STATES OF AMERICA,**

    Plaintiff,

 v.

**GARY W. FLANDERS,**

    Defendant,

 and

**BLANE D. CLARK**

    Garnishee.

### GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Blane D. Clark shall pay to the United States all property in his possession which the El Paso County District Court determines belongs to Defendant, continuing until the judgment debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further order of this Court.

       BY THE COURT:

Dated: 11/29/2006

       _Michael E. Hegarty_
       UNITED STATES DISTRICT JUDGE