UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-rj-00025-MEH

UNITED STATES OF AMERICA,

          Plaintiff,

v.

GARY W. FLANDERS,

          Defendant,

and

JEFFREY L. HILL, ESQ.,

          Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Jeffrey L. Hill shall pay to the United States all property in his possession which the El Paso County District Court determines belongs to Defendant, continuing until the judgment debt is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated at Denver, Colorado this 22nd day of January, 2007.

                                          BY THE COURT:

                                          s/ Michael E. Hegarty
                                          Michael E. Hegarty
                                          United States Magistrate Judge