UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-rj-00025-MEH

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**GARY W. FLANDERS,**

        Defendant,

and

**JEFFREY L. HILL, ESQ.,**

        Garnishee.

---

### SUPPLEMENTAL GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Jeffrey L. Hill shall transfer all funds in his possession that are subject to the Writ of Garnishment and Garnishee Order issued herein to the Registry Fund of the El Paso County District Court, 270 S. Tejon, Colorado Springs, CO 80903. Hill shall advise the El Paso County District Court that the funds are to be held under *Flanders v. Flanders*, 00DR3896, for further distribution as directed by that court.

        BY THE COURT:

Dated: 2/23/2007

        *Michael E. Hegarty*
        UNITED STATES MAGISTRATE JUDGE