IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-rj-00025-MEH

UNITED STATES OF AMERICA,

       Plaintiff,
v.

GARY W. FLANDERS,

       Defendant,

  and

BLANE D. CLARK,

       Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

---

On Motion of the United States of America, and the Court being fully advised in the premises, it is hereby ordered that the Writ of Garnishment filed on September 21, 2006 is **dismissed**. The Motion to Dismiss [filed February 22, 2009; docket #27] is **granted**.

It is so ORDERED and entered this 23rd day of February, 2009.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge